**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

FILED
BILLINGS DIV.

2006 SEP 11 PM 2 29

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| DONNA JUNE ENRIGHT, | ) | CV-04-115-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| C/O JIM HEINE and C/O WAGNER, | ) | **AND RECOMMENDATIONS OF** |
| | ) | **U.S. MAGISTRATE JUDGE** |
| Defendants. | ) | |
| | ) | |

On August 9, 2006, United States Magistrate Judge Richard W. Anderson entered his

Findings and Recommendation. Magistrate Judge Anderson recommends this Court grant

Defendant Wagner's motion to dismiss and dismiss with prejudice Plaintiff's claims against

Defendant Heine. Magistrate Judge Anderson further recommends this case be closed.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections. 28 U.S.C. § 636(b)(1). In prisoner cases, this Court extends the period

for objection to twenty days in order to take into account the Supreme Court's ruling in *Houston*

*v. Lack*, 487 U.S. 266, 270-71 (1988), and the somewhat greater mailing time that is involved in

sending documents into and out of a prison facility. In this matter, no party filed objections to

the August 9, 2006 Findings and Recommendation. Failure to object to a magistrate judge's

findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*,

158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its

burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d

1

1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate

Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts

them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Defendant Wagner's motion to dismiss (*Doc.*

*17*) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Heine are

**DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all claims against Defendants having been dismissed,

this case is **CLOSED.**

The Clerk of Court shall notify the parties of the entry of this Order.

DATED the _11th_ day of September 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE